Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 956-5513
Fax: (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RAJINDER SINGH,                          )      No.    C 09-0684 BZ
                                         )
                                         )      PLAINTIFF'S NOTICE OF VOLUNTARY
         Plaintiff,                      )      DISMISSAL; [PROPOSED] ORDER
                                         )
                                         )
    v.                                   )
                                         )
                                         )
GERARD HEINAUER, ET AL.,                 )
                                         )
         Defendants.                     )
_____)

   Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Rajinder Singh, through counsel,

requests that his mandamus complaint currently pending before the Court be dismissed without

prejudice.  Subsequent to the filing of his mandamus complaint, Defendants issued a final decision

granting Mr. Singh's application for adjustment of status.  Therefore, Plaintiff is no longer alleging

that the Defendants are illegally delaying the adjudication of his application.

   WHEREFORE, Plaintiff prays that this Court allow him to voluntarily dismiss his mandamus

complaint, without prejudice.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:     March 6, 2009     Respectfully submitted,

/s/

_____

Robert B. Jobe
LAW OFFICE OF ROBERT JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
(415) 956-5513

Attorney for Plaintiff

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without prejudice be granted.

DATED:    March 9, 2009

_____

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

Plaintiff's Notice of Voluntary Dismissal and [Proposed] Order
CV 09-0684 BZ